IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

Case No. 2:19 mj 408
Court Date: September 12, 2019

HERVE T. OWENS

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation Notice No. 6118278

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 30, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, HERVE T. OWENS, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT TWO
(Misdemeanor)-Violation Notice No. 6118279

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 30, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, HERVE T. OWENS, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm and machete onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

COUNT THREE
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 30, 2019, at Joint Expeditionary Base Little

Creek, Virginia Beach, Virginia, in and on federal property in the Eastern

District of Virginia, the defendant, HERVE T. OWENS, did fail to comply with

official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-
74.385).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and
correct copy of the foregoing Criminal Information to be mailed, postage
prepaid, to the defendant in the above-styled case.

James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

17   July   2019
Date